JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
JILL L. SCHUBERT, SBN 305252
jill.schubert@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Attorneys for Defendant
GEORGIA-PACIFIC CORRUGATED LLC, a
Delaware limited liability company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR AGUAYO, JR.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GEORGIA-PACIFIC CORRUGATED LLC, a Delaware limited liability company, and Does 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00264-NONE-EPG<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

Plaintiff SALVADOR AGUAYO, JR., ("Plaintiff") and Defendant GEORGIA-PACIFIC CORRUGATED LLC ("Defendants") (Plaintiff and Defendant, collectively "Parties"), hereby stipulate and ask the Court to modify the Scheduling Order entered on May 15, 2020 (ECF No. 11) in accordance with the stipulated scheduled set forth herein and in light of the good cause set forth herein.

WHEREAS, the Scheduling Order entered on May 15, 2020 set the following deadlines and conference dates:

　　Nonexpert Discovery Cutoff: January 29, 2021

　　Expert Disclosure: March 1, 2021

　　Rebuttal Expert Disclosure: March 31, 2021

Expert Discovery Cutoff: April 30, 2021

Dispositive Motion Filing Deadline: June 14, 2021

Pretrial Conf.:        Date: October 12, 2021

                       Time: 8:15 a.m.

                       Dept: 4

WHEREAS, the Parties exchanged their Initial Disclosures in April 2020 and thereafter promptly and diligently began conducting further written discovery;

WHEREAS, in July 2020, the Parties agreed to suspend formal discovery to explore the possibility of early resolution of this matter;

WHEREAS, in September 2020, the Parties agreed to participate in mediation and Defendant agreed to conduct extensive ESI searches and informally produce documents necessary to conduct a productive mediation;

WHEREAS, Defendant diligently conducted the ESI search and review, but due to the volume of the production and necessary redactions to protect proprietary business information, the informal production was not completed until December 7, 2020;

WHEREAS, the Parties have scheduled a mediation with Judge Donald S. Black (Ret.) for March 12, 2021;

WHEREAS, the current discovery deadlines will not provide the Parties sufficient time to conduct additional discovery, should the mediation be unsuccessful;

WHEREAS, the Parties believe that a continuance of all pending dates and deadlines, is in the best interests of the Parties and the Court, as it will conserve all resources and ensure that the Parties are able to effectively mediate this matter in an attempt to achieve a full and complete resolution;

WHEREAS, for these reasons, good cause exists to extend both the non-expert and expert discovery deadlines by 180 days;

WHEREAS, for these same reasons, the Parties believe that all other pretrial dates and deadlines should likewise be extended by at least 180 days to conform the pretrial schedule to the discovery deadlines;

NOW THEREFORE, the Parties, by and through their undersigned counsel, do hereby agree and request that the dates and deadlines in the Scheduling Order set forth above be amended as follows:

    Nonexpert Discovery Cutoff: July 28, 2021

    Expert Disclosure: August 27, 2021

    Rebuttal Expert Disclosure: September 27, 2021

    Expert Discovery Cutoff: October 27, 2021

    Dispositive Motion Filing Deadline: December 10, 2021

    Pretrial Conf.:    Date: April 12, 2021

                     Time: 8:15 a.m.

                     Dept: 4

**IT IS SO STIPULATED.**

DATED: December 29, 2020        BRYANT WHITTEN LLP

By: /s/ *Shelley G. Bryant (with permission)*
    Shelley G. Bryant
    Amanda B. Whitten
    Attorneys for Plaintiff
    SALVADOR AGUAYO, JR.

DATED: December 29, 2021        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Jill L. Schubert*
    James T. Conley
    Jill L. Schubert

    Attorneys for Defendant
    GEORGIA-PACIFIC CORRUGATED LLC, a Delaware limited liability company

20cv264.Aguayo.o.stip.modify.schedul

# **ORDER**

Pursuant to the Stipulation of the parties (ECF No. 19), the Scheduling Order (ECF No. 11) is modified as follows:

| Event | Deadline/Date |
|---|---|
| Nonexpert Discovery Cutoff | July 28, 2021 |
| Expert Disclosure | August 27, 2021 |
| Rebuttal Expert Disclosure | September 27, 2021 |
| Expert Discovery Cutoff | October 27, 2021 |
| Dispositive Motion Filing Deadline | December 10, 2021 |
| Pretrial Conference | **April 12, 2022**, 8:15 AM, Courtroom 4 (NONE) |

All other terms and conditions of the Scheduling Order (ECF No. 11) remain in full force and effect.

IT IS SO ORDERED.

Dated:  **January 3, 2021**                    /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE

20cv264.Aguayo.o.stip.modify.schedul