UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR AGUAYO, JR., | Case No. 1:20-cv-00264-NONE-EPG |
| Plaintiff, | |
| v. | ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE |
| GEORGIA-PACIFIC CORRUGATED LLC, | |
| Defendant. | (ECF No. 25) |

On May 10, 2021, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 25.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:  **May 11, 2021**                    /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE