HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00264-DAD |
|---|---|---|
| *Plaintiff,* | ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| JEFFERY ALAN LOWRANCE, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Jeffery Alan Lowrance, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

He began serving his term of supervised release on December 15, 2020. Mr. Lowrance called our office seeking assistance with terminating his term of supervised release early. Mr. Lowrance submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his *Financial Affidavit*, it is respectfully recommended that counsel be appointed to assist Mr. Lowrance with terminating his supervised release.

DATED:  March 1, 2023                                         */s/ Eric V Kersten*
                                                                                    ERIC V. KERSTEN
                                                                                    Assistant Federal Defender
                                                                                    Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __March 1, 2023__         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE